

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-21-00216-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| IVAN GABALDON, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20210D02909) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF FEBRUARY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.)(Sitting by Assignment)